ACCEPTED
14-14-00701-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
7/14/2015 1:52:06 PM
CHRISTOPHER PRINE
CLERK

**No. 14-14-00701-CR**
In the
Court of Appeals
For the
Fourteenth District of Texas
At Houston

————————◆————————

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

7/14/2015 1:52:06 PM

CHRISTOPHER A. PRINE
Clerk

**No. 1397962**
In the 177th District Court
Of Harris County, Texas

————————◆————————

**FRELIN DANILO ORELLANO**
*Appellant*
V.
**THE STATE OF TEXAS**
*Appellee*

————————◆————————

STATE'S MOTION FOR FINAL EXTENSION OF TIME TO FILE BRIEF

————————◆————————

TO THE HONORABLE COURT OF APPEALS:

THE STATE OF TEXAS, pursuant to TEX. R. APP. P. 2 & 10.5, moves for an extension of time in which to file its appellate brief and in its motion, would show the Court the following:

1. The appellant was charged with the aggravated robbery of Maria Estrada committed on August 13, 2013 (CR – 15). He pled "not guilty" to the charge, and the case was tried to a jury (CR – 183). The jury found the appellant guilty and sentenced him to 20 years in prison on August 22, 2014 (CR – 183). The appellant filed notice of appeal three days later, and the trial court certified his right to appeal (CR – 186-188).

2. The State's brief was originally due on May 15, 2015, but this Court granted extensions until July 15, 2015. The State hereby requests a final 30-day extension for the filing of the State's brief.

3. The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

    a. The record in this case is over eighteen megabytes in length split over seven volumes and will take some time to process.

    b. The undersigned attorney researched and answered by email more than 100 legal questions of trial prosecutors since the appellant filed his brief. The undersigned attorney researched and answered even more such questions by phone during that time period.

    c. The undersigned attorney is responsible for supervising six other appellate prosecutors, and has spent a substantial amount of time reviewing the briefs of those prosecutors, attending their oral arguments, and assisting in the preparation of both during that time period. The undersigned attorney has also been responsible for training two new appellate prosecutors, which requires more intense supervision and editing, and therefore, more of a time commitment.

    d. The undersigned attorney has been involved in completing the following written appellate project since the appellant filed his brief:

        (1)    Elder Somoza v. The State of Texas
                No. 01-14-00716-CR
                Brief filed April 15, 2015

        (2)    In the Interest of B.D.S. v. The State of Texas
                No. 01-14-00762-CV
                Brief filed April 28, 2015

(3)     Jose Vasquez v. The State of Texas
        No. PD-0078-15
        Brief on PDR filed May 12, 2015

(4)     Antonio Perez v. The State of Texas
        No. 01-12-01001-CR
        PDR filed May 12, 2015

(5)     Johnathan Castaneda v. The State of Texas
        No. 01-14-00389-CR
        No. 01-14-00390-CR
        Brief filed May 18, 2015

(6)     Griselda Aza v. The State of Texas
        No. 14-14-00241-CR
        No. 14-14-00242-CR
        Brief filed June 22, 2015

(7)     Albert Febus v. The State of Texas
        No. 01-14-00942-CR
        Brief filed June 24, 2015

(8)     Richard Contreras v. The State of Texas
        No. 01-14-00758-CR
        Brief filed July 7, 2015

WHEREFORE, the State prays that this Court will grant the requested extension.

Respectfully submitted,

/s/ Eric Kugler
**ERIC KUGLER**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002-1923
(713) 755-5826
Kugler_eric@dao.hctx.net
TBC No. 796910

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument will be served by efile.txcourts.gov to:

Sarah Wood
Assistant Public Defender
Harris County, Texas
1201 Franklin, 13th Floor
Houston, Texas 77002
Sarah.wood@pdo.hctx.net

/s/ Eric Kugler
**ERIC KUGLER**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002-1923
(713) 755-5826
TBC No. 796910

Date: July 15, 2015